IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EARL CRAIN**                                                                **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO: 4:07cv33-P-B**

**UNION NATIONAL INSURANCE COMPANY**
**and JOEY MOORE**                                             **DEFENDANTS**

## ORDER GRANTING EXTENSION OF TIME

      Before the Court is the *ore tenus* motion of Defendant Union National Insurance Company for an extension of time to answer or otherwise respond to the Complaint filed by the Plaintiff. The Motion is unopposed by the Plaintiff. The Court, being fully advised in the premises, finds that the motion is well-taken, not interposed for delay and should be granted. It is, therefore,

      **ORDERED** that Defendant Union National Insurance Company is granted an extension until and including May 25, 2007, in which to file its answer or otherwise respond to the Plaintiff's Complaint.

      **THIS**, the 9th day of May, 2007.


                                                          /s/ Eugene M. Bogen
                                                          UNITED STATES MAGISTRATE JUDGE

Submitted by:

    /s T. Michael Cronin
T. Michael Cronin (MS Bar # 10108)
ADAMS AND REESE LLP
111 East Capitol Street, Suite 350 (39201)
Post Office Box 24297
Jackson, Mississippi 39225-4297
Telephone: (601) 353-3234
Facsimile: (601) 355-9708