IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EARL CRAIN**   **PLAINTIFF**

**V.**   **CIVIL ACTION NO: 4:07cv33-P-B**

**UNION NATIONAL INSURANCE COMPANY**
**and JOEY MOORE**   **DEFENDANTS**

## ORDER GRANTING EXTENSION OF TIME

Before the Court is the *ore tenus* motion of Defendant Joey Moore for an extension of time to answer or otherwise respond to the Complaint filed by the Plaintiff. The Motion is unopposed by the Plaintiff. The Court, being fully advised in the premises, finds that the motion is well-taken, not interposed for delay, and should be granted. It is, therefore,

**ORDERED** that Defendant Joey Moore is granted an extension until and including May 25, 2007, in which to file his answer or otherwise respond to the Plaintiff's Complaint.

This, the 10th day of May 2007.

/s/ Eugene M. Bogen
UNITED STATES MAGISTRATE JUDGE

OF COUNSEL:

ARTHUR F. JERNIGAN, JR. (MSB #3092)
HARRIS JERNIGAN & GENO, PLLC
Post Office Box 3380
Ridgeland, Mississippi 39158-3380
Telephone: (601) 427-0048
Facsimile: (601) 427-0050